UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHH MORTGAGE CORP.,

                    Plaintiff,

      -against-

AHRON KOHN, et al.,

                    Defendants.

25-CV-4678 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

      By order dated June 16, 2025, the Court scheduled an initial pre-trial conference to occur in this matter on September 4, 2025. ECF No. 9. On August 4, 2025, the parties filed a proposed consent to jurisdiction of a magistrate judge form. ECF No. 15. However, the parties appear to have filed the wrong document, as the filing reflects incorrect parties, names, and case information. ECF No. 15. Most recently, the parties filed a joint letter—as contemplated by the initial pre-trial conference order—addressed to Magistrate Judge Reznik. The parties did not file a proposed case management plan and scheduling order as required.

      The Court therefore understands that the parties intended to consent to proceed before Magistrate Judge Reznik for all purposes. Accordingly, the parties are HEREBY ORDERED to submit a corrected Notice and Consent form by **September 4, 2025**. In the interim, the initial pre-trial conference is ADJOURNED *sine die*.

Dated:    September 2, 2025
           New York, New York

                                            SO ORDERED.

                                            *Jessica Clarke*
                                            _____
                                            JESSICA G. L. CLARKE
                                            United States District Judge