UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHH MORTGAGE CORPORATION,<br><br>                    Plaintiff,<br><br>          -against-<br><br> AHRON KOHN, et al.,<br><br>                    Defendants. | 25-CV-4678 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On December 31, 2025, Plaintiff advised the Court that Defendants would either accept a trial modification plan lasting three months, after which point this action would be discontinued, or, in the absence of a trial modification plan, Plaintiff would ask the Court to lift the stay on this case and continue litigating this action. ECF No. 26. Accordingly, the Court ordered the parties to file a joint status letter by April 6, 2026. ECF No. 27. No such letter has been submitted. By April 13, 2026, the parties are ordered to submit the joint status letter and, if moving to lift the stay on this case, file a proposed Amended Civil Case Management Plan and Schedule Order.

Dated: April 9, 2026
        White Plains, New York

                                        SO ORDERED.

                                        _Jessica Clarke_

                                        JESSICA G. L. CLARKE
                                        United States District Judge