UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

                    Plaintiff,

        -against-

AHRON KOHN, et al.,

                    Defendants.

25-CV-4678 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court has directed the parties three times to file a proposed Case Management Plan and Scheduling Order (CMP). *See* ECF Nos. 27, 29, 31. Plaintiff initially failed to respond to the Court's Order, then filed a non-responsive letter (ECF No. 30), and finally—again—failed to respond to the Court's Order. By **May 1, 2026**, Plaintiff is directed to confer with Defendants and submit its proposed CMP, or the Court will enter an order to show cause why this case should not be dismissed for failure to comply with Court orders.

Dated:  April 28, 2026
        White Plains, New York

                                        SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge