UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,
Plaintiff,

-against-

AHRON KOHN, et al.,
Defendants.

25-CV-4678 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff has moved for summary judgment in this case. ECF No. 44 (Oct. 2, 2026). Defendants have responded in opposition. ECF No. 51 (Nov. 6, 2026). Plaintiff's reply was due on November 13, 2026. ECF No. 42. No reply has been filed, and Plaintiff has not sought an extension of its deadline to reply. The Court sua sponte extends the deadline for Plaintiff's reply in support of its Motion for Summary Judgment to **November 20, 2026**. Plaintiff's failure to reply by this deadline will be construed as a waiver of its right to reply.

Dated: November 16, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge